FILED

DEC 07 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1:22-CR-318 EPG |
| vs. | ) | ORDER OF RELEASE |
| RAY CHARLES JOHNSON, JR. | ) | |
| Defendant. | ) | |

The above-named defendant having been sentenced to Time Served on December 7, 2022,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

Dated: __December 7, 2022__

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

cc: USM, Fresno, emailed on 12/7/22 at 2:30 pm